UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
IN RE EX PARTE APPLICATION OF          :     24 MC 575 (LJL)
NAVIOS SOUTH AMERICAN                       :
LOGISTICS INC.                                           :
------------------------------------------------------X

## ORDER ON PETITION FOR DISCOVERY ASSISTANCE
## PURSUANT TO 28 U.S.C. § 1782(a)

**WHEREAS**, on December 10, 2024, Petitioner, NAVIOS SOUTH AMERICAN LOGISTICS INC. ("NSAL"), filed an ex parte Petition in this action seeking assistance to obtain discovery pursuant to 28 U.S.C. § 1782(a) for use in a foreign proceeding pending against Claudio Pablo Lopez and Carlos Augusto Lopez; and

**WHEREAS**, the Petitioner has requested relief as set forth in its Petition, supporting Declaration of Kevin J. Lennon and Petitioner's Memorandum of Law, seeking permission to serve subpoenas pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure on parties found within the District; and

**WHEREAS**, the Court having reviewed the Petition, the supporting Declaration of Kevin J. Lennon, and the Petitioner's Memorandum of Law finds that the conditions for relief as permitted by 28 U.S.C. § 1782(a) are satisfied;

**IT IS HEREBY ORDERED and ADJUDGED** that:

1. The Petition is granted.

2. Petitioner is authorized to serve subpoenas on American Express Bank, Banco Santander, Bank of New York Mellon, Boca World LLC, Citibank, Citimortgage Inc., Standard Bank, UBS Ltd., Wells Fargo Bank, and any other party, or parties, as Petitioner may identify as permitted by Rules 30 and 45 of the Federal Rules of Civil Procedure to seek discovery of

documents and information, and deposition testimony if believed necessary following review of the documents and information disclosed in response to Petitioner's subpoenas.

3. American Express Bank, Banco Santander, Bank of New York Mellon, Boca World LLC, Citibank, Citimortgage Inc., Standard Bank, UBS Ltd., Wells Fargo Bank, and any other party, or parties, as Petitioner may identify, are directed to respond to the subpoenas issued pursuant to this Order by Petitioner within the time set forth therein.

4. Testimony obtained pursuant to this Order or any subpoena issued thereunder may be taken before any certified court reporter authorized to take testimony and administer oaths in the State of New York and such reporters are authorized to take testimony under this Order.

5. The Court shall retain jurisdiction over this matter for the purpose of enforcing this Order, assessing any supplemental request for discovery assistance that may be requested by Petitioner, and for considering any application for further or other relief by the Petitioner, American Express Bank, Banco Santander, Bank of New York Mellon, Boca World LLC, Citibank, Citimortgage Inc., Standard Bank, UBS Ltd., Wells Fargo Bank, or any other interested party.

6. The grant of the Petition is without prejudice to a challenge to the subpoenas, including their scope, and potential reconsideration of the application of the § 1782 factors. *See Gushlak v. Gushlak*, 486 F. App'x 215, 217 (2d Cir. 2012) (summary order).

Dated: December 18, 2024

SO ORDERED.

LEWIS J. LIMAN
United States District Judge