UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE EX PARTE APPLICATION OF          Civ. Action No.: 24 MC 575 (LJL)
NAVIOS SOUTH AMERICAN
LOGISTICS INC.                                     Hon. Lewis J. Liman
-----------------------------------------------------------------X

## ORDER TO SHOW CAUSE AND TEMPORARY STAY

Upon review of the attached Declaration of Silvia Bolatti dated December 23, 2024, the exhibits thereto, the accompanying Memorandum of Law, and all prior proceedings herein,

LET Proposed Intervenors Claudio Pablo Lopez and Carlos Augusto Lopez (the "Lopezes" or "Proposed Intervenors") show cause at the Courthouse, before the Honorable Lewis J. Liman, Courtroom 15C, United States District Court, Southern District of New York, 500 Pearl Street, New York NY 10007, on the _____ day of _____, _____, at 9:30 am or as soon thereafter as counsel may be heard, why an order should not be issued allowing Claudio Pablo Lopez and Carlos Augusto Lopez to appear, interpose objections, and vacate and stay the Order issued by this Court; and

IT IS FURTHER ORDERED that service of a copy of this Order, together with the papers upon which it is granted, shall be deemed sufficient upon Petitioner by the filing of the same on the ECF system; and

IT IS FURTHER ORDERED, AS AND FOR A TEMPORARY STAY, that pending further order of this Court, that this Court's Ex Parte Discovery Order and the subpoenas and document requests issued thereunder, are hereby stayed.

Dated:     December ___, 2024

_____
Hon. Lewis J. Liman, U.S.D.J.

2