UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IN RE EX PARTE APPLICATION OF           Case No.: 24 MC 575 (LJL)
NAVIOS SOUTH AMERICAN
LOGISTICS INC,

-------------------------------------------------------------------X

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Intervenors Claudio Pablo Lopez and Carlos Augusto

Lopez (the "Lopezes" or "Intervenors"), will move before the Honorable Judge Lewis J. Liman

for an Order to Quash the subpoenas issued in connection with the *ex parte* petition of Navios

South American Logistics, Inc pursuant to 28 U.S.C. § 1782 and F.R.C.P. 45(d).  This motion is

supported by the accompanying Memorandum of Law, the Declaration of Mariela Ruanova, the

exhibits thereto, the Declaration of David Kaplan, the exhibits thereto, the Declaration of Arsima

Muller, and the exhibits thereto.

As detailed in the accompanying papers, Intervenors respectfully request that the Court

enter an Order vacating the Discovery Order and quashing all subpoenas issued thereunder, in

addition to further relief as the court may deem just and proper under the circumstances.

Dated: January 13, 2025           Respectfully submitted,

GUZOV, LLC

By: _____
Anne W. Salisbury, Esq.
437 Madison Avenue, 24th Floor
New York, New York 10022
Tel.:    (212) 371-8008
asalisbury@guzovllc.com

*Attorneys for Intervenors*
*Claudio Pablo Lopez and*
*Carlos Augusto Lopez*