# EXHIBIT 8

# Navios South American Logistics Inc.

By: Registered Mail and E-mail

August 13th, 2024

Claudio Pablo Lopez

Vice Chairman and Director
Navios South American Logistics Inc.
Olga Cossettini 263 4fl B (1107)
Buenos Aires, Argentina /
Teniente Manuel Irala Fernandez 2456
Bo. Republicano, A 2C De La Universad
Paraguay
Email: argie007@gmail.com

Dear Mr. López,

We hereby refer to the agreement dated January 1, 2008 (the "Agreement"), between you and Navios South American Logistics Inc. (the "Company").

The Company hereby notifies you, pursuant to Section 4 of the Agreement, the termination of the Agreement with immediate effect.

This termination notice is without prejudice to the Company's rights under the Agreement, any other agreement, and at law, all of which rights are fully reserved by the Company.

As you are aware, you will continue bound by the non-compete and non-solicitation obligations provided for in Section 6.4 of the Agreement, in accordance with the terms provided therein.

Yours sincerely,

Navios South American Logistics Inc.

By: _____
Name: Anna Kalathaki

Title: Secretary, Executive Vice President-Group Risk Management and Director