UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/28/2025
```

-----------------------------------------------------------------X
                                            :            24-mc-2496 (LJL)

In Re: Navios South American Logistics Inc.    :

                                            :             ORDER

-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court will hold a conference on Intervenors' objections to Applicant's revised

proposed subpoenas on March 7, 2025 at 10:30 AM, in Courtroom 15C, United States

Courthouse, 500 Pearl St., New York, NY 10007.


       SO ORDERED.


Dated: February 28, 2025
      New York, New York               _____
                                        LEWIS J. LIMAN
                               United States District Judge